# UNITED STATES DISTRICT COURT

# SOUTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| U.S. EQUAL EMPLOYMENT OPPORTUNITY COMMISSION,<br><br>Plaintiff,<br><br>v.<br><br>DILLARD'S, INC., DILLARD STORE SERVICES, INC., AND Does 1-11, INCLUSIVE<br><br>Defendant(s) | Civil Action No. 08-CV-1780 IEG PCL<br><br>**AMENDED ORDER DENYING JOINT MOTION TO STAY**<br><br>**(DOC. NO. 15.)** |

Presently before the Court is the parties' joint motion to stay the present action until January 15, 2010 in furtherance of the parties' efforts to settle the case extrajudicially. (Doc. No. 15.) The complaint was filed on September 9, 2008, and the Court has already granted Defendant three separate extensions of time to respond to the complaint pursuant to the parties' joint motions describing their attempts to settle the matter. Accordingly, the Court does not find good cause to stay the case until January 15, 2010 and DENIES the parties' joint motion. Defendant may nevertheless have one final extension of time to respond to the complaint, and shall do so no later than **September 18, 2009**.

**IT IS SO ORDERED.**

Dated: August 24, 2009

_____
**IRMA E. GONZALEZ, Chief Judge**
**United States District Court**